THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL BABARE, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>SIGUE CORPORATION,<br><br>　　　　　　　Defendant. | CASE NO. C20-0894-JCC<br><br>MINUTE ORDER |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the time for Defendant to respond to Plaintiff's complaint (Dkt. No. 11). The Court hereby GRANTS the motion and ORDERS Defendant to respond to Plaintiff's complaint by August 3, 2020.

DATED this 20th day of July 2020.

　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　s/Tomas Hernandez
　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER
C20-0894-JCC
PAGE - 1