THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL BABARE, individually and on behalf of others similarly situated | CASE NO. C20-0894-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SIGUE CORPORATION, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter came before the Court on the parties stipulated motion to stay the above-captioned matter for 30 days. (Dkt. No. 47.) The parties seek to stay case deadlines for 30 days to explore possible early resolution without expending resources to comply with upcoming deadlines that fall later this month. Having considered the motion, the Court finds that good cause exists. The Court GRANTS the motion (Dkt. No. 47). This matter is hereby STAYED for 30 days. It is further ORDERED that the civil trial scheduling order be modified as follows:

| | |
|---|---|
| Deadline for joining additional parties and Rule 26(f) conference | September 13, 2022 |
| Initial disclosures | September 20, 2022 |
| Discovery cutoff | April 25, 2022 |

| Rule 39.1 mediation deadline | May 6, 2022 |
| Deadline for dispositive motions and challenging expert testimony | May 19, 2022 |
| Trial briefs and proposed voir dire | July 15, 2022 |
| Deadline for proposed Pretrial Order and proposed jury instructions | July 25, 2022 |
| **Jury Trial** | **August 22, 2022** |

DATED this 13th day of August 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C20-0894-JCC
PAGE - 2